IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GORSS MOTELS, INC., individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>RENUE SYSTEMS DEVELOPMENT CORP., INC., RENUE SYSTEMS, INC., RENUE SYSTEMS OF CHICAGO, INC., and JOHN DOES 1-5,<br><br>Defendants. | Case No. 16-cv-10975<br><br>Judge Ronald A. Guzman |

## DEFENDANTS' MOTION FOR JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(f), defendants Renue Systems Development Corp., Inc., Renue Systems, Inc., and Renue Systems of Chicago, Inc. ("Defendants") hereby move for entry of a judgment in favor of plaintiff Gorss Motels, Inc. ("Plaintiff") and against Defendants in the amount of $6,000.00, plus entry of an injunction barring Defendants from sending faxes to Plaintiff in the future and barring Defendants from sending fax advertisements without opt-out language. Because this judgment provides Plaintiff with more than complete individual relief, the Court should also dismiss the class allegations, without prejudice. The Court should enter judgment because Defendants have already tendered to Plaintiff far more than it could hope to recover individually in this litigation and thus, Plaintiff no longer has standing under Article III to proceed.

WHEREFORE, for the foregoing reasons, as set forth more fully in the accompanying memorandum of law, Defendants respectfully request that the Court enter an Order granting Plaintiff an individual judgment and dismissing the class allegations without prejudice.

Respectfully submitted,

RENUE SYSTEMS DEVELOPMENT CORP., INC., RENUE SYSTEMS, INC., and RENUE SYSTEMS OF CHICAGO, INC.

By:   /s/ Jeanah Park
         One of their attorneys

James V. Garvey
Jeanah Park
Bryan K. Clark
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 312 609 7500

Dated:  January 20, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2017, a copy of the foregoing was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Jeanah Park*