**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Gorss Motels, Inc.

                                        Plaintiff,

v.                                                                     Case No.: 1:16−cv−10975
                                                                    Honorable Ronald A. Guzman

Renue Systems Development Corp., Inc., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 30, 2017:

       MINUTE entry before the Honorable Ronald A. Guzman: Defendants' motion to stay discovery [24] is denied. Plaintiff to respond to Defendant's motion for judgment [20] and motion to strike class allegations [22] within 21 days of the date of entry of this order and Defendants shall file any replies within 21 days thereafter. Ruling by mail. Parties need not appear at the motion hearing set for January 31, 2017 at 9:00 a.m. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.