**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Gorss Motels, Inc.

                                                Plaintiff,

v.                                                 Case No.: 1:16−cv−10975
                                                      Honorable Ronald A. Guzman

Renue Systems Development Corp., Inc., et al.

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 27, 2017:

      MINUTE entry before the Honorable Ronald A. Guzman: In light of the Notice of Voluntary Dismissal [29], this case is hereby dismissed without prejudice as to the members of the puntative class. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.